**George HENSON, Jr., Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director of Virginia Department of Corrections, Respondent–Appellee.**

**No. 02–7673.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 30, 2003.

Decided Feb. 5, 2003.

George Henson, Jr., Appellant Pro Se. Donald Eldridge Jeffrey, III, Office of the

Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

George Henson, Jr., appeals the magistrate judge's order granting his motion to supplement the record in his 28 U.S.C. § 2254 (2000) petition but denying further relief. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the magistrate judge. *See Henson v. Angelone,* No. CA-01-59 (E.D.Va. Oct. 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*